**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number *(if known)* _____  Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Lynnhaven School, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | FKA Lynnhaven Academy, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1905897 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 8151 Warriner Road<br>Henrico, VA 23231<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Henrico<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | Lynnhavenschool.org |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Lynnhaven School, Inc.                                    Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☒ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___6111___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor    **Lynnhaven School, Inc.**                                      Case number (*if known*) _____
     Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

            Contact name    _____

            Phone    _____

&#9608;&#9608;&#9608; **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Lynnhaven School, Inc.
          _____
          Name

Case number (if known) _____

| Request for Relief, Declaration, and Signatures |

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 31, 2025
               MM / DD / YYYY

X  /s/ Dr. Johnathan Harris
   Signature of authorized representative of debtor

   Dr. Johnathan Harris
   Printed name

Title    President

**18. Signature of attorney**

X  /s/ Lynn L. Tavenner
   Signature of attorney for debtor

Date    July 31, 2025
        MM / DD / YYYY

Lynn L. Tavenner 30083
Printed name

Tavenner & Beran, PLC
Firm name

20 N 8th Street, 2nd Floor
Richmond, VA 23219
Number, Street, City, State & ZIP Code

Contact phone    (804) 783-8300        Email address    ltavenner@tb-lawfirm.com

30083 VA
Bar number and State

**LYNNHAVEN SCHOOL, INC.**

RESOLUTION OF THE BOARD OF TRUSTEES AUTHORIZING A SUBCHAPTER V
CHAPTER 11 BANKRUPTCY FILING

Date: July 25, 2025

---

## RECITALS

**WHEREAS**, Lynnhaven School (the "School") located at 8151 Warriner Road, Henrico, Virginia
23231, is experiencing ongoing and immediate financial difficulties adversely affecting its ability
to meet obligations as they come due; and

**WHEREAS**, the Board of Trustees (the "Board") has reviewed with management and outside
advisors the range of strategic options available to preserve the School's mission and maximize
value for students, families, employees, and creditors; and

**WHEREAS**, the Board has determined that commencing a case under Subchapter V of Chapter
11 of Title 11 of the United States Code (11 U.S.C. §§ 1181–1195) (the "Bankruptcy Code") in
the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") is
in the best interests of the School and its stakeholders; and

**WHEREAS**, the Board believes the School either is, or will be upon filing, a "small business
debtor" eligible to elect treatment under Subchapter V and that such election is prudent; and

**WHEREAS**, the School has retained the law firm of Tavenner & Beran, PLC to serve as its
bankruptcy counsel and represent the School in connection with all matters arising from the
Chapter 11 filing;

NOW, THEREFORE, BE IT

**RESOLVED,** that the School is authorized and directed to file a voluntary petition for relief under
Subchapter V of Chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and to elect
Subchapter V treatment; and be it further

**RESOLVED**, that Dr. Johnathan Harris, President of the Board (and/or such other officer(s) as
the Board may designate, collectively, the "Authorized Officers") is/are hereby authorized,
empowered, and directed to execute and file on behalf of the School all petitions, schedules,
statements, lists, declarations, affidavits, plans, and other documents, and to perform any and
all acts deemed necessary, proper, or desirable to effectuate the filing and prosecution of the
case, including compliance with Fed. R. Bankr. P. 1007, preparation and delivery of the 7-day
package to the U.S. Trustee, and timely filing of all monthly operating reports and other required
financial disclosures; and be it further

**RESOLVED**, that the Authorized Officers are authorized to retain and employ Tavenner & Beran, PLC as legal counsel, and to employ such additional attorneys, financial advisors, restructuring advisors, accountants, claims and noticing agents, and other professionals as they deem necessary or appropriate in connection with the School's Chapter 11 case; and be it further

**RESOLVED**, that the Authorized Officers are authorized to establish and maintain debtor-in-possession bank accounts, to use cash collateral (subject to required consents and/or Bankruptcy Court approval), to negotiate and enter into debtor-in-possession financing if necessary, and to seek all interim and final orders of the Bankruptcy Court in furtherance thereof; and be it further

**RESOLVED**, that all actions heretofore taken by any officer, trustee, employee, or agent of the School in connection with the matters contemplated by the foregoing resolutions are hereby ratified, confirmed, and approved in all respects; and be it further

**RESOLVED**, that this Resolution shall be effective immediately upon its adoption.

---

## SIGNATURES

Adopted by the Board of Trustees of Lynnhaven School on July 25, 2025.

Dr. Johnathan Harris

President

7/25/2025  |  10:57 AM PDT

Date: _____

Dr. Courtney Hughes

Vice President

7/26/2025  |  7:02 PM PDT

Date: _____

Ms. LaRee Sugg

Treasurer

7/25/2025  |  2:49 PM EDT

Date: _____

Ms. Jessica Ellet

Secretary

7/27/2025  |  6:57 AM PDT

Date: _____

**Fill in this information to identify the case:**

Debtor name    Lynnhaven School, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒   Schedule H: Codebtors (Official Form 206H)
☒   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐   Amended Schedule _____
☒   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 31, 2025      X /s/   Dr. Johnathan Harris
                                     Signature of individual signing on behalf of debtor

                                   Dr. Johnathan Harris
                                   Printed name

                                   President
                                   Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name   Lynnhaven School, Inc. | |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Actuarial Consulting Group 1640 Huguenot Road Midlothian, VA 23113 | | | Disputed | | | $2,050.00 |
| BastianPoint Technology 1618 Hull Street Richmond, VA 23224 | | | | | | $2,708.43 |
| Blackbaud Billing 65 Fairchild St Charleston, SC 29492 | | | | | | $11,262.50 |
| City of Richmond Public Utilities PO Box 71210 Charlotte, NC 28272 | | | | | | $3,511.00 |
| Comcast PO Box 37601 Philadelphia, PA 19101 | | | | | | $17,050.00 |
| County of Henrico PO Box 90775 Henrico, VA 23273 | | | Disputed | | | $249.48 |
| Drake Bank 60 East Plato Boulevard, Suite 100 Saint Paul, MN 55107 | | Blanket lien | Disputed | $61,210.04 | Unknown | $61,210.04 |
| GM Financial PO Box 183593 Arlington, TX 76096-3834 | | 2017 Kia Sportage,VIN KNDPMCAC8H720 6084 | | $13,257.86 | $8,000.00 | $5,257.86 |
| Great American Financial Services PO Box 660831 Dallas, TX 75266 | | Leased Copier | | $1.00 | $1.00 | $1.00 |
| Hapara Inc. 16 W Martin St Raleigh, NC 27601 | revenue@cordance. co | | | | | $1,200.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Lynnhaven School, Inc. | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| J Sargent Reynolds Community College 1651 E Parham Rd Henrico, VA 23228 | infocenter@reynolds.edu | | | | | $11,353.78 |
| North Run LH LLC C/O Range Commercial PO BOX 825173 Philadelphia, PA 19182 | | | | | | $29,505.84 |
| Small Business Administration CESC - Covid EIDL Service Center 14925 Kingsport Rd Fort Worth, TX 76155 | | All Assets | | $500,000.00 | Unknown | $479,093.00 |
| Sonny Merryman PO Box 495 Rustburg, VA 24588 | | | | | | $1,739.40 |
| Truist Bank Credit Card PO Box 400 Wilson, NC 27894 | | | | | | $497.79 |
| VenturEd Solutions 501 E Kennedy Blvd Tampa, FL 33602 | AR@venturedsolutions.com | | | | | $915.00 |
| Vestwell 1410 Broadway, 23rd Floor New York, NY 10018 | | | | | | $325.00 |
| Village Bank PO Box 330 Midlothian, VA 23113 | | | | | | $10,734.39 |
| Wells Fargo Vendor Financial Leasing PO Box 77096 Minneapolis, MN 55480 | | Ipads financed by Wells Fargo | Disputed | $6,933.85 | $100.00 | $6,833.85 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

**Fill in this information to identify the case:**

Debtor name___Lynnhaven School, Inc.

United States Bankruptcy Court for the:___EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number (if known)_____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $     139,156.67

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $     139,156.67

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     581,402.75

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     249.48

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$     137,853.13

4.    **Total liabilities** ........................................................................
    Lines 2 + 3a + 3b                                                                                $     719,505.36

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Lynnhaven School, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | 1075 Drake Business Investor (4697) | | | $173.09 |
| 3.2. | Truist Checking 3692 | | | $85,242.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $85,415.09 |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

     North Run LH LLC
     c/o   Range Commercial
     PO Box 825173

| 7.1. | Philadelphia, PA 19182 | $12,086.83 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Lynnhaven School, Inc._____    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 8.1. | Imagine Learning | $1,500.00 |
| 8.2. | Nautilis Insurance Company | $2,549.25 |
| 8.3. | Tapco Underwriters | $1,347.50 |
| 8.4. | VenturEd Solutions | $850.00 |
| 8.5. | Cognia | $1,400.00 |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$19,733.58

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    ___40,000.00___   -   ___25,000.00___  =....    $15,000.00
face amount         doubtful or uncollectible accounts
Past due tuition

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$15,000.00

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.                                                    Case number *(If known)*
_____
Name

**21.**    **Finished goods, including goods held for resale**

**22.**    **Other inventory or supplies**
School Merchandise at
8151 Warriner Road
Henrico, VA 23231            6/30/2025            $800.00    Estimate            $0.00

**23.**    **Total of Part 5.**

| | |
|---|---|
| Add lines 19 through 22.   Copy the total to line 84. | $0.00 |

**24.**    **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture**<br>Office Furniture (see 41 below) | $0.00 | Estimate | $0.00 |
| **40.**    **Office fixtures**<br>Building improvements: 1538 East Parham Road<br>Henrico, VA 23228 | $8,463.81 | Estimate | $0.00 |
| Building improvements: 8151 Warriner Road<br>Henrico, VA 23231 | $318,775.67 | Estimate | $0.00 |
| **41.**    **Office equipment, including all computer equipment and communication systems equipment and software**<br>Furniture, Fixtures & Equipment | $25,315.05 | Estimate | $5,000.00 |
| Leased Copier | $0.00 | Estimate | $1.00 |
| Ipads financed by Wells Fargo | $0.00 | Estimate | $100.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| Miscellaneous Computer Equipment, including Ipads not financed by Wells Fargo | $0.00 | Estimate | $900.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.    Copy the total to line 86.

| $6,001.00 |
|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.    Go to Part 9.
☒ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2003 Chevrolet E3500, VIN # 1GBJG31U031228702 | $8,500.00 | Estimate | $5,000.00 |
| 47.2.    2017 Kia Sportage, VIN KNDPMCAC8H7206084 | $13,257.86 | Estimate | $8,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**
Add lines 47 through 50.    Copy the total to line 87.

| $13,000.00 |
|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

Debtor    Lynnhaven School, Inc.                                             Case number *(If known)* _____
          *Name*

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** www.lynnhavenschool.org | $0.00 | Estimate | $1.00 |
| www.tlsrva.org | $0.00 | Estimate | $1.00 |
| Lynnhavenacademy.org | $0.00 | Estimate | $1.00 |
| **62.** **Licenses, franchises, and royalties** School accreditation | $0.00 | Estimate | $1.00 |
| **63.** **Customer lists, mailing lists, or other compilations** Former and current students | $0.00 | Estimate | $1.00 |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** Goodwill | $0.00 | Estimate | $1.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$6.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    Lynnhaven School, Inc._____    Case number *(If known)*_____

Name

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Potential cause of action related to former management of
school operations, value unknown                                                    Unknown
**Nature of claim**
**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Approximately $220,000 in student tuition contracts payable
in monthly installments                                                               $1.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    | $1.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Lynnhaven School, Inc. _____    Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $85,415.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,733.58 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,001.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $6.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $139,156.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $139,156.67 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Lynnhaven School, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Drake Bank | |
|---|---|---|
| | Creditor's Name | |
| | 60 East Plato Boulevard, Suite 100 Saint Paul, MN 55107 | |
| | Creditor's mailing address | |

| | | |
|---|---|---|
| | Describe debtor's property that is subject to a lien | **$61,210.04** / **$20,907** |
| | Blanket lien | |

Describe the lien
UCC

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**
1/23/2024

**Last 4 digits of account number**
8501

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Virginia Credit Union, Inc.
2. Small Business Administration
3. Drake Bank

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| 2.2 | GM Financial | | $13,257.86 | $8,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | PO Box 183593 Arlington, TX 76096-3834 | | | |
| | Creditor's mailing address | | | |

Describe debtor's property that is subject to a lien
2017 Kia Sportage, VIN KNDPMCAC8H7206084

Describe the lien
Purchase Money Security

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**
4/1/2024

**Last 4 digits of account number**
5763

**Do multiple creditors have an interest in the same property?**
☒ No

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Lynnhaven School, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 | Great American Financial Services | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Leased Copier

$1.00      $1.00

PO Box 660831
Dallas, TX 75266

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/22/2024
**Last 4 digits of account number**
3000
**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Small Business Administration | | |
|---|---|---|---|

Creditor's Name
CESC - Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All Assets

$500,000.00      $20,907

**Describe the lien**
UCC

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
5/10/2022
**Last 4 digits of account number**
9109
**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Virginia Credit Union, Inc. | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
All personal property of the Debtor.

$0.00      $20,907

PO Box 90010
Richmond, VA 73225

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Lynnhaven School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☒ Disputed |

---

| 2.6 | **Wells Fargo Vendor Financial Leasing** | | $6,933.85 | $100.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
All Equipment lease to or financed for the Debtor by Secured Party under that certain Master Lease Agreement No 450-0096820-000 Dated 04/03/2023 including all accessories, accessions, replacements, additions, substitutions, add-ons and upgrades thereto.

PO Box 77096
Minneapolis, MN 55480
Creditor's mailing address

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** 7000

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $581,402.75 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Richmond Chbug LLC 12050 W. Broad St Henrico, VA 23233 | Line  2.2 | |

---

**Fill in this information to identify the case:**

Debtor name ___Lynnhaven School, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>County of Henrico<br>PO Box 90775<br>Henrico, VA 23273 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $249.48 | $249.48 |
| Date or dates debt was incurred<br>6/5/2025 | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Actuarial Consulting Group<br>1640 Huguenot Road<br>Midlothian, VA 23113 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $2,050.00 |
| Date(s) debt was incurred _5/15/2025_<br>Last 4 digits of account number ___ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>ADP<br>PO Box 830272<br>Philadelphia, PA 19182 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| Date(s) debt was incurred _7/2/2025_<br>Last 4 digits of account number ___ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address<br>Amazon Capital Service<br>PO Box 035184<br>Seattle, WA 98124 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Lynnhaven School, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,708.43 |
|---|---|---|---|

BastianPoint Technology
1618 Hull Street
Richmond, VA 23224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/3/2025

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Berkshire Hathaway Homestate Insurance
1314 Douglas Street
Omaha, NE 68105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Insurance

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,262.50 |
|---|---|---|---|

Blackbaud Billing
65 Fairchild St
Charleston, SC 29492

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/25/2024-07/01/2025

**Last 4 digits of account number** 2644

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,000.00 |
|---|---|---|---|

Casey Hitchcock
10219 Farmleigh Drive
Richmond, VA 23235

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☒ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,511.00 |
|---|---|---|---|

City of Richmond Public Utilities
PO Box 71210
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/3/2025

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,050.00 |
|---|---|---|---|

Comcast
PO Box 37601
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/1/2025

**Last 4 digits of account number** 0610

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

County of Henrico
PO Box 90775
Henrico, VA 23273

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

EMC Mechanical Services
1802 Ellen Road
Richmond, VA 23230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Lynnhaven School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Gentry Locke
PO Box 40013
Roanoke, VA 24022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0001_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Glendale Community Bible Church
8151 Warriner Road
Henrico, VA 23231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Landlord_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Great America Financial Services
PO Box 495
Rustburg, VA 24588

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _3000_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,200.00

Hapara Inc.
16 W Martin St
Raleigh, NC 27601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _7/1/2024_

**Basis for the claim:** _

**Last 4 digits of account number** _901_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

IPFS Corporation
1055 Broadway Blvd, 11th Floor
Kansas City, MO 64105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _6/24/2025_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,353.78

J Sargent Reynolds Community College
1651 E Parham Rd
Henrico, VA 23228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _8/01/2024-2/12/2025_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,505.84

North Run LH LLC
C/O Range Commercial
PO BOX 825173
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/2025-07/2025_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,739.40

Sonny Merryman
PO Box 495
Rustburg, VA 24588

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/31/2024_

**Basis for the claim:** _

**Last 4 digits of account number** _1168_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Lynnhaven School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$497.79**

Truist Bank Credit Card
PO Box 400
Wilson, NC 27894

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  6/2025

**Basis for the claim:** _

**Last 4 digits of account number**  3403

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$915.00**

VenturEd Solutions
501 E Kennedy Blvd
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  6/11/2025-7/03/2025

**Basis for the claim:** _

**Last 4 digits of account number**  3730

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$325.00**

Vestwell
1410 Broadway, 23rd Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/22/2025

**Basis for the claim:** _

**Last 4 digits of account number**  _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,734.39**

Village Bank
PO Box 330
Midlothian, VA 23113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2024-2025

**Basis for the claim:** _

**Last 4 digits of account number**  0389

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Wells Fargo
PO Box 77096
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:** _

**Last 4 digits of account number**  7000

Is the claim subject to offset? ☒ No   ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 249.48 |
| 5b. Total claims from Part 2 | 5b. + | $ | 137,853.13 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 138,102.61 |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Lynnhaven School, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Payroll services | |
| State the term remaining | |
| List the contract number of any government contract | ADP Payroll Services<br>400 West Covina Blvd<br>San Dimas, CA 91773 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Administrator | |
| State the term remaining | |
| List the contract number of any government contract | Alyson LeMaster<br>7694 Lovegrass Terr<br>New Kent, VA 23124 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Health Insurance | |
| State the term remaining | |
| List the contract number of any government contract | Anthem Blue Cross Blue Shield<br>PO Box 11792<br>Newark, NJ 07101 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Data management services | |
| State the term remaining | |
| List the contract number of any government contract | Bastion Point Technology<br>1618 Hull Street<br>Richmond, VA 23224 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  Lynnhaven School, Inc.
_____    Case number (if known) _____
First Name       Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Auto Insurance | |
|---|---|---|---|
| | State the term remaining | 8.5 months | |
| | List the contract number of any government contract | | Berkshire Hathaway Homestate Insurance<br>1314 Douglas Street<br>Omaha, NE 68105 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Administrator | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Bernadett Lee Carter<br>2809 Skipton Rd<br>Richmond, VA 23225 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Invoice payment services | |
|---|---|---|---|
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | Blackbaud<br>2000 Daniel Island Drive<br>Charleston, SC 29492 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Accounting services | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Breakwater Accounting + Advisory Corp<br>The Applied Bank Center<br>2200 Concord Pike, Suite 104<br>Wilmington, DE 19803 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | WC Insurance | |
|---|---|---|---|
| | State the term remaining | 1.5 months | |
| | List the contract number of any government contract | | Builders & tradesmen's Ins SVC Inc<br>6610 Sierra College Blvd<br>Rocklin, CA 95677 |

| Debtor 1 | Lynnhaven School, Inc. | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Cognia<br>9115 Westside Parkway<br>Alpharetta, GA 30009 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Cable services |
|---|---|---|
| | State the term remaining | 2 years |
| | List the contract number of any government contract | Comcast<br>1701 JFK Blvd<br>Philadelphia, PA 19103 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Agreement |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | CR3 Partners, LLC<br>13355 Noel Road, Suite 2005<br>Dallas, TX 75240 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Billing Services |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Diwy DBA Bill.com<br>Legal Department<br>6220 America Center, Suite 100<br>Alviso, CA 95002 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Payroll Services |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Dominion Payroll Services<br>3200 Rockbridge Street, Suite 300<br>Richmond, VA 23230 |

| Debtor 1 | Lynnhaven School, Inc. | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Teacher | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Evan Liddiard<br>6353 Dawnfield Lane<br>Henrico, VA 23231 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Legal Services | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Gentry Locke<br>PO Box 531013<br>Atlanta, GA 30353 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Property lease | |
|---|---|---|---|
| | State the term remaining | 22 months | |
| | List the contract number of any government contract | | Glendale Community Bible Church<br>8151 Warriner Road<br>Henrico, VA 23231 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Leased Copiers | |
|---|---|---|---|
| | State the term remaining | 43 months | |
| | List the contract number of any government contract | | Great American Financial Services<br>PO Box 660831<br>Dallas, TX 75266 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Platform subscription | |
|---|---|---|---|
| | State the term remaining | Less than 1 month | |
| | List the contract number of any government contract | | Hapara Inc.<br>16 W Martin St<br>Raleigh, NC 27601 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1  Lynnhaven School, Inc.                                          Case number (if known) _____
    First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Platform subscription | |
|---|---|---|---|
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | | Imagine Learning<br>100 S. Mill Ave, Suite 1700<br>Tempe, AZ 85281 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | GL Insurance Financing Agreement | |
|---|---|---|---|
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | IPFS Corporation<br>1055 Broadway Blvd, 11th Floor<br>Kansas City, MO 64105 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Enrollment Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | J Sargent Reynolds Community College<br>1651 E Parham Rd<br>Henrico, VA 23228 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Teacher | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | John Young<br>3907 Hamlin Creek Ct.<br>Chester, VA 23831 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Non-Disclosure Agreement for Dr. Johnathan Harris | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114 |

Debtor 1    Lynnhaven School, Inc.                                    Case number (if known) _____
            First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Security services | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Johns Brothers Security<br>701 Ford Drive, Suite A<br>Norfolk, VA 23523 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Teacher | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Kelly White<br>9612 Della Drive<br>Henrico, VA 23238 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Insurance | |
|---|---|---|---|
| | State the term remaining | 11 months | |
| | List the contract number of any government contract | _____ | Nautilus Insurance Company<br>7233 E. Butherus Drive<br>Scottsdale, AZ 85260 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | 1538 E Parham Rd<br>Henrico, VA 23228 | |
|---|---|---|---|
| | State the term remaining | 6 years | |
| | List the contract number of any government contract | _____ | North Run LH, LLC<br>c/o Range Commercial<br>PO Box 825173<br>Philadelphia, PA 19182 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | bookkeeping software | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Quickbooks<br>2700 Coast Avenue<br>Mountain View, CA 94043 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Lynnhaven School, Inc. | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — Teacher

State the term remaining

List the contract number of any government contract _____

Riley Meyers
100 S. 15th St., Apt. A
Richmond, VA 23219

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — Copier equipment services

State the term remaining

List the contract number of any government contract _____

Stone's Office Equipment
5604 W Broad St
Richmond, VA 23230

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — D&O Insurance

State the term remaining — 7.5 months

List the contract number of any government contract _____

Tapco
PO Box 286
Burlington, NC 27216

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — Engagement Letter

State the term remaining

List the contract number of any government contract _____

Tavenner & Beran, PLC
20 N 8th St
Richmond, VA 23219

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — various tuition contracts with parents of current students.

State the term remaining

List the contract number of any government contract _____

various contracts with current parents

---

| Debtor 1 | Lynnhaven School, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Enrollment and Tuition Services Agreement | |
|---|---|---|---|
| | State the term remaining | 35 Months | |
| | List the contract number of any government contract | | VenturEd Solutions<br>501 E Kennedy Blvd<br>Tampa, FL 33602 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | computer equipment | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Wells Fargo Financial Leasing<br>PO Box 77096<br>Minneapolis, MN 55480 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Lynnhaven School, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Casey Hitchcock | 10219 Farmleigh Drive<br>Richmond, VA 23235 | Village Bank | ☐ D _____<br>☒ E/F ___3.23___<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name ___Lynnhaven School, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| **Part 1:** | **Income** |
|---|---|

### 1. Gross revenue from business

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 07/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $43,445.24 |
| For prior year: From 07/01/2024 to 06/30/2025 | ☒ Operating a business<br>☐ Other _____ | $749,636.63 |
| For year before that: From 07/01/2023 to 06/30/2024 | ☒ Operating a business<br>☐ Other _____ | $1,217,569.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 07/01/2025 to Filing Date | Donors and Fundraising | $255.00 |
| **For prior year:** From 07/01/2024 to 06/30/2025 | Donors and Fundraising | $42,608.07 |
| **For prior year:** From 07/01/2024 to 06/30/2025 | Interest Income | $714.30 |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

| Debtor | Lynnhaven School, Inc. | Case number *(if known)* | |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Paysafe<br>5335 Gate Parkway, Fourth Floor<br>Jacksonville, FL 32256 | 4/11/2025 | $150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.2. | Paysafe<br>5335 Gate Parkway, Fourth Floor<br>Jacksonville, FL 32256 | 4/14/2025 | $250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.3. | Tavenner & Beran, PLC<br>20 N 8th St, Second Floor<br>Richmond, VA 23219 | 4/14/2025 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.4. | Diwy DBA Bill.com<br>Legal Department<br>6220 America Center Drive, Suite 100<br>Alviso, CA 95002 | 4/15/2025 | $2,688.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.5. | Matrix Trust<br>717 17th Street, Suite 1300<br>Denver, CO 80202 | 4/16/2025 | $270.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.6. | Matrix Trust<br>717 17th Street, Suite 1300<br>Denver, CO 80202 | 4/22/205 | $325.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.7. | Small Business Administration<br>CESC-Covid EIDL Service Center<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 | 4/22/2025 | $2,282.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | Small Business Administration<br>CESC-Covid EIDL Service Center<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 | 4/23/2025 | $2,282.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Lynnhaven School, Inc.

Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | Progressive Insurance<br>Progressive<br>P.O. Box 7247-0112<br>Philadelphia, PA 19170 | 4/24/2025 | $842.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Insurance |
| 3.10. | ResonateVOIP<br>10284 Henderson Hall Rd<br>Mechanicsville, VA 23116 | 4/24/2025 | $219.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.11. | Anthem Blue Cross Blue Shield<br>PO Box 11792<br>Newark, NJ 07101 | 4/24/2025 | $616.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Insurance |
| 3.12. | Tuio<br>907-323 Richmond St E<br>Toronto, ON M5A 4S8 | 4/25/2025 | $30.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.13. | Diwy DBA Bill.com<br>Legal Department<br>6220 America Center Drive, Suite 100<br>Alviso, CA 95002 | 4/29/2025 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.14. | Osmean Portillo<br>9705 Shiloh Drive<br>Richmond, VA 23237 | 4/29/2025 | $1,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.15. | Matrix Trust<br>717 17th Street, Suite 1300<br>Denver, CO 80202 | 5/1/2025 | $285.42 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. | Breakwater Accounting<br>The Applied Bank Center<br>2200 Concord Pike, Suite 104<br>Wilmington, DE 19803 | 5/2/2025 | $1,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.17. | Tuio<br>907-323 Richmond St E<br>Toronto, ON M5A 4S8 | 5/5/2025 | $4.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |

Debtor    Lynnhaven School, Inc.                                                        Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.18. | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114 | 5/7/2025 | $396.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Employee related payroll, Benefits, and Reimbursable expenses |
| 3.19. | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114 | 5/7/2025 | $275.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Employee related payroll, Benefits, and Reimbursable expenses |
| 3.20. | Paysafe<br>5335 Gate Parkway, Fourth Floor<br>Jacksonville, FL 32256 | 5/8/2025 | $3,584.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.21. | Glendale Community Bible Church<br>8151 Warriner Rd<br>Henrico, VA 23231 | 5/9/2025 | $3,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.22. | NASSP<br>PO Box 640245<br>Pittsburgh, PA 15264 | 5/13/2025 | $385.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.23. | National Indemnity Insurance Company<br>PO Box 77029<br>Minneapolis, MN 55480 | 5/13/2025 | $434.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Insurance |
| 3.24. | Cognia<br>9115 Westside Parkway<br>Alpharetta, GA 30009 | 5/13/2025 | $1,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.25. | EMC Mechanical Services<br>1802 Ellen Road<br>Richmond, VA 23230 | 5/14/2025 | $1,256.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.26. | EMC Mechanical Services<br>1802 Ellen Road<br>Richmond, VA 23230 | 5/14/2025 | $1,219.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Lynnhaven School, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.27. | Great America Financial Services<br>PO Box 660831<br>Dallas, TX 75266 | 5/14/2025 | $845.73 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | Vestwell<br>1410 Broadway, 23rd floor<br>New York, NY 10018 | 5/14/2025 | $325.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.29. | Wells Fargo Financial Leasing<br>PO Box 77096<br>Minneapolis, MN 55480 | 5/14/2025 | $659.76 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | Win At Social, Inc. d/b/a The Social Ins<br>PO Box 3755<br>Chapel Hill, NC 27515 | 5/14/2025 | $750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.31. | Osmean Portillo<br>9705 Shiloh Drive<br>Richmond, VA 23237 | 5/15/2025 | $1,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.32. | Diwy DBA Bill.com<br>Legal Department<br>6220 America Center Drive, Suite 100<br>Alviso, CA 95002 | 5/15/2025 | $1,152.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.33. | Matrix Trust<br>717 17th Street, Suite 1300<br>Denver, CO 80202 | 5/16/2025 | $285.42 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | Towne Bank<br>PO Box 2818<br>Norfolk, VA 23501 | 5/21/2025 | $72.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.35. | Tuio<br>907-323 Richmond St E<br>Toronto, On M5A 4S8 | 5/21/2025 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.                                                   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.36 | Agility<br>PO Box 2910<br>Portland, OR 97208 | 5/21/2025 | $180.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.37 | ResonateVOIP<br>10284 Henderson Hall Rd<br>Mechanicsville, VA 23116 | 5/22/2025 | $219.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.38 | Diwy DBA Bill.com<br>Legal Department<br>6220 America Center Drive, Suite 100<br>Alviso, CA 95002 | 5/28/2025 | $55.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.39 | Home Depot<br>701 Ford Drive, Suite A<br>Norfolk, VA 23523 | 5/29/2025 | $430.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.40 | Diwy DBA Bill.com<br>Legal Department<br>6220 America Center Drive, Suite 100<br>Alviso, CA 95002 | 5/29/2025 | $2,158.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.41 | ResonateVOIP<br>10284 Henderson Hall Rd<br>Mechanicsville, VA 23116 | 5/30/2025 | $219.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.42 | Murad TV Mounting | 5/30/2025 | $900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.43 | Breakwater Accounting<br>The Applied Bank Center<br>2200 Concord Pike, Suite 104<br>Wilmington, DE 19803 | 6/2/2025 | $1,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.44 | Matrix Trust<br>717 17th Street, Suite 1300<br>Denver, CO 80202 | 6/2/2025 | $285.42 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Lynnhaven School, Inc. | | Case number *(if known)* | |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.45. | Diwy DBA Bill.com<br>Legal Department<br>6220 America Center Drive, Suite 100<br>Alviso, CA 95002 | 6/2/2025 | $323.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.46. | Dominion VA/NC Energy<br>PO Box 26543<br>Richmond, VA 23290 | 6/3/2025 | $682.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.47. | Anthem Blue Cross Blue Shield<br>PO Box 11792<br>Newark, NJ 07101 | 6/3/2025 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Insurance |
| 3.48. | Tuio<br>907-323 Richmond St E<br>Toronto, ON M5A 4S8 | 6/4/2025 | $3.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.49. | Johns Brothers Security<br>701 Ford Drive, Suite A<br>Norfolk, VA 23523 | 6/6/2025 | $260.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.50. | Tuio<br>907-323 Richmond St E<br>Toronto, ON M5A 4S8 | 6/6/2025 | $50.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.51. | Diwy DBA Bill.com<br>Legal Department<br>6220 America Center Drive, Suite 100<br>Alviso, CA 95002 | 6/9/2025 | $296.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.52. | Stone S Office Equipment<br>5604 W Broad St<br>Richmond, VA 23230 | 6/24/2025 | $250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.53. | ACT, Inc.<br>Sherry Tornow<br>500 ACT Drive<br>PO Box 4072<br>Iowa City, IA 52243 | 6/24/2025 | $687.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.

Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.54 | ResonateVOIP<br>10284 Henderson Hall Rd<br>Mechanicsville, VA 23116 | 6/24/2025 | $219.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.55 | EMC Mechanical Services<br>1802 Ellen Road<br>Richmond, VA 23230 | 6/25/2025 | $500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.56 | Towne Bank<br>PO Box 2818<br>Norfolk, VA 23501 | 4/30/2025 | $25.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.57 | Towne Bank<br>PO Box 2818<br>Norfolk, VA 23501 | 5/30/2025 | $25.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.58 | Bernadett Lee Carter | 4/15/2025 | $1,425.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Employee Related Payroll, Benefits, and Reimbursable Expenses _ |
| 3.59 | Bernadett Lee Carter | 4/30/2025 | $1,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Employee Related Payroll, Benefits, and Reimbursable Expenses _ |
| 3.60 | Bernadette Lee Carter | 5/15/2025 | $1,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Employee Related Payroll, Benefits, and Reimbursable Expenses _ |
| 3.61 | Bernadett Lee Carter | 5/30/2025 | $1,425.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Employee Related Payroll, Benefits, and Reimbursable Expenses _ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Lynnhaven School, Inc. _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.62. | Bernadett Lee Carter | 6/13/2025 | $1,300.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Employee Related Payroll, Benefits, and Reimbursable Expenses |
| 3.63. | Gary Cohn 417 N 26th St, Unit A Richmond, VA 23223 | 4/15/2025 | $750.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Employee Related Payroll, Benefits, and Reimbursable Expenses |
| 3.64. | Gary Cohn 417 N 26th St, Unit A Richmond, VA 23223 | 4/30/2025 | $750.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Employee Related Payroll, Benefits, and Reimbursable Expenses |
| 3.65. | Gary Cohn 417 N 26th St, Unit A Richmond, VA 23223 | 5/15/2025 | $750.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Employee Related Payroll, Benefits, and Reimbursable Expenses |
| 3.66. | Gary Cohn 417 N 26th St, Unit A Richmond, VA 23223 | 5/30/2025 | $750.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Employee Related Payroll, Benefits, and Reimbursable Expenses |
| 3.67. | Autumn Fesperman 3908 Cresthill Rd Chester, VA 23831 | 4/15/2025 | $708.33 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Employee Related Payroll, Benefits, and Reimbursable Expenses |
| 3.68. | Autumn Fesperman 3908 Cresthill Rd Chester, VA 23831 | 4/30/2025 | $708.33 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Employee Related Payroll, Benefits, and Reimbursable Expenses |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.69. Autumn Fesperman<br>3908 Cresthill Rd<br>Chester, VA 23831 | 5/15/2025 | $708.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Employee Related_<br>Payroll, Benefits, and_<br>Reimbursable Expenses_ |
| 3.70. Autumn Fesperman<br>3908 Cresthill Rd<br>Chester, VA 23831 | 5/30/2025 | $708.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Employee Related_<br>Payroll, Benefits, and_<br>Reimbursable Expenses_ |
| 3.71. Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114 | 4/15/2025 | $5,833.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Employee Related_<br>Payroll, Benefits, and_<br>Reimbursable Expenses_ |
| 3.72. Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114 | 4/30/2025 | $2,916.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Employee Related_<br>Payroll, Benefits, and_<br>Reimbursable Expenses_ |
| 3.73. Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114 | 5/15/2025 | $5,833.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Employee Related_<br>Payroll, Benefits, and_<br>Reimbursable Expenses_ |
| 3.74. Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114 | 5/30/2025 | $2,916.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Employee Related_<br>Payroll, Benefits, and_<br>Reimbursable Expenses_ |
| 3.75. Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114 | 6/13/2025 | $2,916.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Employee Related_<br>Payroll, Benefits, and_<br>Reimbursable Expenses_ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Lynnhaven School, Inc.                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.76. Alyson LeMaster | 4/15/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related  Payroll, Benefits, and  Reimbursable Expenses |
| 3.77. Alyson LeMaster | 4/30/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related  Payroll, Benefits, and  Reimbursable Expenses |
| 3.78. Alyson LeMaster | 5/15/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related  Payroll, Benefits, and  Reimbursable Expenses |
| 3.79. Alyson LeMaster | 5/30/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related  Payroll, Benefits, and  Reimbursable Expenses |
| 3.80. Alyson LeMaster | 6/13/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related  Payroll, Benefits, and  Reimbursable Expenses |
| 3.81. Alyson LeMaster | 6/13/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related  Payroll, Benefits, and  Reimbursable Expenses |
| 3.82. Evan Liddiard | 4/15/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related  Payroll, Benefits, and  Reimbursable Expenses |

Debtor   Lynnhaven School, Inc.

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.83. Evan Liddiard | 4/30/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related<br>Payroll, Benefits, and<br>Reimbursable Expenses |
| 3.84. Evan Liddiard | 5/15/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related<br>Payroll, Benefits, and<br>Reimbursable Expenses |
| 3.85. Evan Liddiard | 5/30/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related<br>Payroll, Benefits, and<br>Reimbursable Expenses |
| 3.86. Evan Liddiard | 6/13/2025 | $2,416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related<br>Payroll, Benefits, and<br>Reimbursable Expenses |
| 3.87. Kelly Merrill<br>318 Hillsway Drive<br>Ashland, VA 23005 | 4/15/2025 | $250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related<br>Payroll, Benefits, and<br>Reimbursable Expenses |
| 3.88. Kelly Merrill<br>318 Hillsway Drive<br>Ashland, VA 23005 | 4/30/2025 | $750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related<br>Payroll, Benefits, and<br>Reimbursable Expenses |
| 3.89. Kelly Merrill<br>318 Hillsway Drive<br>Ashland, VA 23005 | 5/15/2025 | $750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Employee Related<br>Payroll, Benefits, and<br>Reimbursable Expenses |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Lynnhaven School, Inc.

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.90. Kelly Merrill<br>318 Hillsway Drive<br>Ashland, VA 23005 | 5/30/2025 | $750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Employee Related <br>Payroll, Benefits, and <br>Reimbursable Expenses_ |
| 3.91. Savanna Keesee | 4/25/2025 | $8,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.92. William & Mary Law School<br>613 S. Henry Street<br>Williamsburg, VA 23185 | | $700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.93. CR3 Partners, LLC | 7/25/2025 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.94. Tavenner & Beran, PLC | 7/30/2025 | $1,738.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Filing Fee_ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 12/31/2025 | $1,583.33 | Payroll |
| 4.2. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 12/13/2025 | $1,583.33 | Payroll |
| 4.3. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 11/29//2025 | $1,583.33 | Payroll |

| Debtor | Lynnhaven School, Inc. | | Case number *(if known)* | |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 1/31/2025 | $1,583.33 | Payroll |
| 4.5. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Employee | 1/15/2025 | $2,083.33 | Payroll |
| 4.6. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 12/4/2024 | $650.00 | alleged loan repayment |
| 4.7. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 11/22/2024 | $1,583.33 | Payroll |
| 4.8. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 8/30/2025 | $1,583.33 | Payroll |
| 4.9. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 8/15/2024 | $1,700.00 | Payroll |
| 4.10. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 7/31/2024 | $1,700.00 | Payroll |
| 4.11. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 7/15/2024 | $1,700.00 | Payroll |
| 4.12. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 6/28/2024 | $1,700.00 | Payroll |
| 4.13. Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Former Board Member | 6/20/2024 | $250.00 | Check |
| 4.14. James Frago<br>1856 Greenbrier Branch Drive<br>Maidens, VA 23102<br>Former Board Member | 7/31/2024 | $2,291.67 | Payroll |
| 4.15. James Frago<br>1856 Greenbrier Branch Drive<br>Maidens, VA 23102<br>Former Board Member | 7/31/2024 | $68.75 | 401K Match |

Debtor    Lynnhaven School, Inc.                                                    Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.16<br>· | James Frago<br>1856 Greenbrier Branch Drive<br>Maidens, VA 23102<br>Former Board Member | 7/15/2024 | $2,291.67 | Payroll |
| 4.17<br>· | James Frago<br>1856 Greenbrier Branch Drive<br>Maidens, VA 23102<br>Former Board Member | 7/15/2024 | $68.75 | 401K Match |
| 4.18<br>· | James Frago<br>1856 Greenbrier Branch Drive<br>Maidens, VA 23102<br>Former Board Member | 6/28/2024 | $2,291.67 | Payroll |
| 4.19<br>· | James Frago<br>1856 Greenbrier Branch Drive<br>Maidens, VA 23102<br>Former Board Member | 6/28/2024 | $68.75 | 401K Match |
| 4.20<br>· | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 6/13/2025 | $2,916.67 | Payroll |
| 4.21<br>· | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board Member | 5/30/2025 | $2,916.67 | Payroll |
| 4.22<br>· | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 5/15/2025 | $5,833.34 | Payroll |
| 4.23<br>· | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 5/7/2025 | $396.00 | Check |
| 4.24<br>· | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 5/7/2025 | $275.00 | Check |
| 4.25<br>· | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 4/30/2025 | $2,916.67 | Payroll |
| 4.26<br>· | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 4/15/2025 | $5,833.34 | Payroll |
| 4.27<br>· | Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 3/31/2025 | $2,916.67 | Payroll |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.                                          Case number *(if known)*   _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.28 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 1/31/2025 | $3,437.50 | Payroll |
| 4.29 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 1/15/2025 | $3,437.50 | Payroll |
| 4.30 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 12/31/2024 | $3,437.00 | Payroll |
| 4.31 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 12/13/2024 | $3,437.50 | Payroll |
| 4.32 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 11/29/2024 | $3,437.50 | Payroll |
| 4.33 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 11/15/2024 | $3,437.50 | Payroll |
| 4.34 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 10/31/2024 | $3,436.67 | Payroll |
| 4.35 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 10/15/2024 | $3,437.50 | Payroll |
| 4.36 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 9/30/2024 | $2,604.17 | Payroll |
| 4.37 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 9/13/2024 | $4,687.49 | Payroll |
| 4.38 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 8/30/2024 | $2,083.34 | Payroll |
| 4.39 · | Johnathan Harris 1531 Miners Trail Rd Midlothian, VA 23114 Board member | 8/15/2024 | $2,083.34 | Payroll |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.                                    Case number *(if known)*  _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.40 · Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 7/15/2024 | $2,083.34 | Payroll |
| 4.41 Johnathan Harris<br>1531 Miners Trail Rd<br>Midlothian, VA 23114<br>Board member | 6/28/2024 | $2,083.34 | Payroll |
| 4.42 · Zachary Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Spouse of Former Board Member | 12/24/2024 | $9,999.00 | alleged loan repayment |
| 4.43 · Zachary Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235<br>Spouse of Former Board Member | 9/24/2024 | $10,000.00 | alleged loan repayment |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Drake Bank vs. Lynnhaven School Inc. | Civil | State of Minnesota District Court - County of Ramsey Second Judicial District Ramsey County Courthouse 15 W. Kellogg Blvd.<br><br>Saint Paul, MN 55102 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

Debtor    Lynnhaven School, Inc.                                    Case number *(if known)*  _____

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.   Graduating students | Used Ipads gifted to student upon graduation | | $50.00 |
| **Recipients relationship to debtor** | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   CR3 Partners, LLC<br>13355 Noel Road, Suite 2005<br>Dallas, TX 75240 | | 07/25/2025 | $5,000.00 |
| **Email or website address**<br>www.cr3partners.com | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2.   Tavenner & Beran, PLC<br>20 N. Eighth Street, 2nd Floor<br>Richmond, VA 23219 | | 4/14/2025 | $5,000.00 |
| **Email or website address**<br>ltavenner@tb-lawfirm.com | | | |
| **Who made the payment, if not debtor?** | | | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | Tavenner & Beran, PLC | | 7/30/2025 | $1,738.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Church | Lawnmower | 12/2023 | $8,000.00 |
| | **Relationship to debtor** | | | |
| 13.2. | Ford General Financial | Black Ford Van | | $922.00 |
| | **Relationship to debtor** | | | |
| 13.3. | Seven Hills School 1311 Overbrook Rd Richmond, VA 23220 | 2009 Chevrolet Express Van VIN 1GBHG31KX91119010 | 12/23/2024 | $17,000.00 |
| | **Relationship to debtor** | | | |
| 13.4. | Seven Hills School 1311 Overbrook Rd Richmond, VA 23220 | 2006 Chevrolet Express Van | 12/23/2024 | $13,000.00 |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Lynnhaven School, Inc.                                    Case number *(if known)* _____

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1538 E Parham Rd<br>Henrico, VA 23228 | 2024-5/1/2025 |
| 14.2. | 1000 Westoverhills Blvd<br>Richmond, VA 23225 | 2017-2021 |
| 14.3. | 8151 Warriner Road<br>Henrico, VA 23231 | 2021-1/1/2024 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Student Data including Social Security and identification data, academic
records, emergency medical information

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Lynnhaven School INC. 401(K) Plan | EIN: 27-1905897 |

Has the plan been terminated?
☐ No
☒ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Lynnhaven School, Inc.                                          Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | TowneBank<br>PO Box 2818<br>Suffolk, VA 23435 | XXXX-6945 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/21/2025 | $31,830.24 |
| 18.2. | Village Bank<br>PO Box 330<br>Midlothian, VA 23113 | XXXX-0234 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/26/2025 | $1,032.40 |
| 18.3. | Truist | XXXX-3749 | ☐ Checking<br>☐ Savings<br>☒ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Offsite storage | Lynnhaven School Inc | | ☒ No<br>☐ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various personal property | | various personal property of teachers and other employees | $0.00 |

Debtor    Lynnhaven School, Inc.                                Case number *(if known)* _____

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ☒ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ☒ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ☒ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Optimus Financials 6010 Renaissance Pkwy #6301 Fairburn, GA 30213 | -Present |
| 26a.2. | Breakwater Accounting + Advisory Corp The Applied Bank Center 2200 Concord Pike, Suite 104 Wilmington, DE 19803 | 8/9/2024-Present |

Debtor     Lynnhaven School, Inc.                                Case number *(if known)*  _____

| Name and address | Date of service From-To |
|---|---|
| 26a.3.  Compass CPAs of Virginia<br>9201 Arboretum Pkwy, Suite 140<br>Richmond, VA 23236 | -Present |
| 26a.4.  Judy Nester, CPA<br>9201 Arboretum Pkwy, Suite 140<br>Richmond, VA 23236 | -Present |
| 26a.5.  Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235 | 7/1/2023-1/1/2025 |
| 26a.6.  Robin Thomas<br>8151 Warriner Road<br>Henrico, VA 23231 | |
| 26a.7.  Johnathan Harris<br>8151 Warriner Road<br>Henrico, VA 23231 | 1/28/2025-Present |
| 26a.8.  Bernadette Carter<br>8151 Warriner Road<br>Henrico, VA 23231 | 1/28/2025-Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Optimus Financials<br>6010 Renaissance Pkwy #6301<br>Fairburn, GA 30213 | -Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  Breakwater Accounting + Advisory Corp<br>The Applied Bank Center<br>2200 Concord Pike, Suite 104<br>Wilmington, DE 19803 | 08/09/2024-Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  Compass CPAs of Virginia<br>9201 Arboretum Pkwy, Suite 140<br>Richmond, VA 23236 | -Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  Judy Nester, CPA<br>9201 Arboretum Pkwy, Suite 140<br>Richmond, VA 23236 | -Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.5.  Casey Hitchcock<br>10219 Farmleigh Drive<br>Richmond, VA 23235 | 7/1/2023-1/1/2025 |

| Debtor | Lynnhaven School, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.6.   Robin Thomas<br>8151 Warriner Road<br>Henrico, VA 23231 | |

| Name and address | Date of service From-To |
|---|---|
| 26b.7.   LaRee Sugg<br>8151 Warriner Road<br>Henrico, VA 23231 | 7/1/2024-Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.8.   Johnathan Harris<br>8151 Warriner Road<br>Henrico, VA 23231 | 1/28/2025-Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.9.   Bernadette Carter<br>8151 Warriner Road<br>Henrico, VA 23231 | 1/28/2025-Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Johnathan Harris | 5/31/2025 | Cost $7627.24 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Bernadette Carter<br>8151 Warriner Road<br>Henrico, VA 23231 |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Courtney Hughes | 1531 Miners Trail Road<br>Midlothian, VA 23114 | Vice President | |

Debtor___Lynnhaven School, Inc._____    Case number _(if known)_____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Jessica Ellet | 1921 Hickoryridge Road Henrico, VA 23238 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Dr. Johnathan Harris | 1531 Miners Trail Rd Midlothian, VA 23114 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| LaRee Sugg | 4538 River Road South Petersburg, VA 23803 | Treasurer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Bobbie Sue Tunstall | 4718 Wyngate Lane Mechanicsville, VA 23116 | Treasurer | 7/1/2023-7/1/2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Bridgette Bywater | 3139 Ponderosa Pine Lane Quinton, VA 23141 | President | 7/1/2023-7/1/2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Casey Hitchcock | 10219 Farmleigh Drive Richmond, VA 23235 | Head of School | 7/1/2023-1/1/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Heidi Trepanair | 913 West 32nd Street Richmond, VA 23225 | Secretary | 7/1/2023-1/1/2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| James Frago | 1856 Greenbrier Branch Drive Maidens, VA 23102 | General Trustee | 7/1/2023-7/1/2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Shareema Williams | 8567 Amington Lane Chesterfield, VA 23832 | President | 7/1/2023-1/1/2025 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Lynnhaven School, Inc.

Case number (if known) _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eric Clary | 10100 Grove Crest Court Richmond, VA 23236 | Trustee | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  See SOFA 4 | | | |

Relationship to debtor
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the pension fund**

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      July 31, 2025

/s/  Dr. Johnathan Harris                    Dr. Johnathan Harris
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Virginia, Richmond Division

In re   Lynnhaven School, Inc.

Debtor(s)

Case No. _____

Chapter   11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 31, 2025

Signature   /s/ Dr. Johnathan Harris
Dr. Johnathan Harris

*Penalty for making a false statement of concealing property* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U S C §§ 152 and 3571

Best Case Bankruptcy

Actuarial Consulting Group
1640 Huguenot Road
Midlothian, VA 23113


ADP
PO Box 830272
Philadelphia, PA 19182


ADP Payroll Services
400 West Covina Blvd
San Dimas, CA 91773


Alyson LeMaster
7694 Lovegrass Terr
New Kent, VA 23124


Amazon Capital Service
PO Box 035184
Seattle, WA 98124


Anthem Blue Cross Blue Shield
PO Box 11792
Newark, NJ 07101


BastianPoint Technology
1618 Hull Street
Richmond, VA 23224


Bastion Point Technology
1618 Hull Street
Richmond, VA 23224


Berkshire Hathaway Homestate Insurance
1314 Douglas Street
Omaha, NE 68105


Bernadett Lee Carter
2809 Skipton Rd
Richmond, VA 23225


Blackbaud
2000 Daniel Island Drive
Charleston, SC 29492


Blackbaud Billing
65 Fairchild St
Charleston, SC 29492


Breakwater Accounting + Advisory Corp
The Applied Bank Center
2200 Concord Pike, Suite 104
Wilmington, DE 19803


Builders & tradesmen's Ins SVC Inc
6610 Sierra College Blvd
Rocklin, CA 95677

Casey Hitchcock
10219 Farmleigh Drive
Richmond, VA 23235


City of Richmond Public Utilities
PO Box 71210
Charlotte, NC 28272


Cognia
9115 Westside Parkway
Alpharetta, GA 30009


Comcast
PO Box 37601
Philadelphia, PA 19101


County of Henrico
PO Box 90775
Henrico, VA 23273


David A. Lutz, Esquire
Drake Bank c/o Lutz Law Firm
120 South 6th Street, Suite 1515
Minneapolis, MN 55402


Diwy DBA Bill.com
Legal Department
6220 America Center, Suite 100
Alviso, CA 95002


Dominion Payroll Services
3200 Rockbridge Street, Suite 300
Richmond, VA 23230


Drake Bank
60 East Plato Boulevard, Suite 100
Saint Paul, MN 55107


EMC Mechanical Services
1802 Ellen Road
Richmond, VA 23230


Evan Liddiard
6353 Dawnfield Lane
Henrico, VA 23231


Gentry Locke
PO Box 40013
Roanoke, VA 24022


Glendale Community Bible Church
8151 Warriner Road
Henrico, VA 23231

GM Financial
PO Box 183593
Arlington, TX 76096-3834


Great America Financial Services
PO Box 495
Rustburg, VA 24588


Great American Financial Services
PO Box 660831
Dallas, TX 75266


Hapara Inc.
16 W Martin St
Raleigh, NC 27601


Imagine Learning
100 S. Mill Ave, Suite 1700
Tempe, AZ 85281


IPFS Corporation
1055 Broadway Blvd, 11th Floor
Kansas City, MO 64105


J Sargent Reynolds Community College
1651 E Parham Rd
Henrico, VA 23228


John Young
3907 Hamlin Creek Ct.
Chester, VA 23831


Johnathan Harris
1531 Miners Trail Rd
Midlothian, VA 23114


Johns Brothers Security
701 Ford Drive, Suite A
Norfolk, VA 23523


Kelly White
9612 Della Drive
Henrico, VA 23238


Nautilus Insurance Company
7233 E. Butherus Drive
Scottsdale, AZ 85260


North Run LH LLC
C/O Range Commercial
PO BOX 825173
Philadelphia, PA 19182

North Run LH, LLC
c/o Range Commercial
PO Box 825173
Philadelphia, PA 19182


Quickbooks
2700 Coast Avenue
Mountain View, CA 94043


Richmond Chbug LLC
12050 W. Broad St
Henrico, VA 23233


Riley Meyers
100 S. 15th St., Apt. A
Richmond, VA 23219


Small Business Administration
CESC - Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155


Sonny Merryman
PO Box 495
Rustburg, VA 24588


Stone's Office Equipment
5604 W Broad St
Richmond, VA 23230


Tapco
PO Box 286
Burlington, NC 27216


Truist Bank Credit Card
PO Box 400
Wilson, NC 27894


VenturEd Solutions
501 E Kennedy Blvd
Tampa, FL 33602


Vestwell
1410 Broadway, 23rd Floor
New York, NY 10018


Village Bank
PO Box 330
Midlothian, VA 23113


Virginia Credit Union, Inc.
PO Box 90010
Richmond, VA 73225

```
Wells Fargo
PO Box 77096
Minneapolis, MN 55480


Wells Fargo Vendor Financial Leasing
PO Box 77096
Minneapolis, MN 55480
```

# United States Bankruptcy Court
## Eastern District of Virginia, Richmond Division

In re   Lynnhaven School, Inc. _____   Case No. _____
                                    Debtor(s)              Chapter     11 _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Lynnhaven School, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


☒ None [*Check if applicable*]


July 31, 2025 _____          */s/ Lynn L. Tavenner*
Date                                          Lynn L. Tavenner 30083
                                              Signature of Attorney or Litigant
                                              Counsel for   Lynnhaven School, Inc. _____
                                              Tavenner & Beran, PLC
                                              20 N 8th Street, 2nd Floor
                                              Richmond, VA 23219
                                              (804) 783-8300  Fax:
                                              ltavenner@tb-lawfirm.com